Michael R. Mushkin, Esq.
Nevada State Bar No. 2421
L. Joe Coppedge, Esq.
Nevada State Bar No. 4954
Michael R. Mushkin & Associates
4475 South Pecos Road
Las Vegas, Nevada 89121
Telephone: (702) 386-3999
Fax: (702) 454-3333
Michael@mushlaw.com
Joe@mushlaw.com
*Attorneys for Plaintiffs, H.E.B., LLC and Commercial Holding AG, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| H.E.B., LLC, a Nevada limited-liability company; and COMMERCIAL HOLDING AG, LLC, a Nevada limited-liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>REDFIN NETWORK, INC., a revoked Nevada corporation f/n/a SECURED FINANCIAL NETWORK, INC., a Nevada Corporation; REDFIN HOLDINGS, INC., a Florida corporation; TCA GLOBAL CREDIT MASTER FUND, LP, a foreign limited partnership; JEFFREY L. SCHULTZ a/k/a JEFFREY SCHULTZ, an Individual; DOE INDIVIDUALS 1-10; DOE ENTITIES 1-10;<br><br>Defendants. | Case No: 2:16-cv-03027-JAD-VCF<br><br>ECF No. 10, 18 |

### STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AND TO VACATE HEARING

Plaintiffs H.E.B., LLC, a Nevada limited-liability company, and COMMERCIAL HOLDING AG, LLC, a Nevada limited-liability company, by and through their attorneys

Michael R. Mushkin, Esq. and L. Joe Coppedge, Esq., of the law firm Michael R. Mushkin & Associates, and Defendant Redfin Holdings, Inc., by and through its attorneys Bart K. Larsen, Esq., and Shlomo S. Sherman, Esq., of the law firm Kolesar & Leatham, hereby stipulate and agree to dismiss the Complaint filed in the above-captioned matter <u>without prejudice</u> and to vacate the hearing currently set for May 15, 2017 at 3:00 p.m.

IT IS HEREBY STIPULATED that the Complaint in the above-captioned matter is dismissed <u>without prejudice</u> and the hearing currently set for May 15, 2017 at 3:00 p.m. is vacated.

Dated this 23 day of March, 2017.              Dated this 23rd day of March, 2017.
MICHAEL R. MUSHKIN & ASSOCIATES              KOLESAR & LEATHAM

_____              _____
MICHAEL R. MUSHKIN, ESQ.                      BART K. LARSEN, ESQ.
Nevada Bar No. 2421                           Nevada Bar No. 8538
L. JOE COPPEDGE, ESQ.                         SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 4954                           Nevada Bar No. 9688
4475 S. Pecos Road                            400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89121                       Las Vegas, NV 89145
*Attorneys for Plaintiffs*                    *Attorneys for Defendant,*
                                              *Redfin Holdings, Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed without prejudice, each side to bear its own fees and costs.  The Motion to Dismiss [ECF No. 10] is DENIED as moot, and the 5/15/17 hearing is VACATED.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATED DISTRICT JUDGE
Date: 3/24/17